```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
           :
LUIGI GIROTTO,         :
         :
      Plaintiff,  :    1:24-cv-8846-GHW
         :
   -v -     :    ORDER
         :
MARTIAL VIVOT DOWNTOWN NEW  :
YORK LLC, *a New York limited liability company*  :
*doing business as* Martial Vivot Salon Pour  :
Hommes, *et al.*,     :
         :
      Defendants.  :
         :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the telephone conference held on May 1, 2025, Defendant's motion to dismiss is due by May 16, 2025; Plaintiff's opposition is due three weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition.

    SO ORDERED.

Dated: May 2, 2025  
New York, New York

                                                    _____  
                                                        GREGORY H. WOODS  
                                                    United States District Judge