USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                            :
LUIGI GIROTTO,                                     :
                                                            :
                                     Plaintiff,      :           1:24-cv-8846-GHW
                                                            :
                     -against-                   :                <u>ORDER</u>
                                                            :
MARTIAL VIVOT DOWNTOWN NEW YORK   :
LLC, *a New York limited liability company doing business*   :
*as* Martial Vivot Salon Pour Hommes, *et al.*,             :
                                                            :
                                     Defendants.    :
                                                             :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       In response to Defendant Martial Vivot Downtown New York LLC's May 16, 2025 motion to dismiss, Dkt. No. 28, Plaintiff has amended his complaint pursuant to Rule 15(a)(1)(B). Accordingly, Defendant Martial Vivot Downtown New York LLC's motion to dismiss is denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint, Dkt. No. 37, is June 24, 2025.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.

       SO ORDERED.

Dated: June 4, 2025  
New York, New York                                                      GREGORY H. WOODS  
                                                                             United States District Judge